UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

IN RE:

ARREST WARRANT FOR
DANA E. MARSHALL

MAGISTRATE NO:

UNDER SEAL   07-423-M-01

FILED
AUG 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of the Government's Motion to Seal, and the facts set forth in the Affidavit in Support of Arrest Warrant, it is,

HEREBY ORDERED that the Motion shall be, and hereby is,

GRANTED, and the Affidavit in Support of Arrest Warrant, the Arrest Warrant, the Government's Motion to Seal, and this Court's Order to Seal, shall remain under seal until further Order of the Court.

Dated   AUG 2 3 2007

MAGISTRATE JUDGE
United States District Court
District of Columbia

ALAN KAY
U.S. MAGISTRATE JUDGE

cc:

Thomas Hibarger
Assistant United States Attorney
Fraud and Public Corruption
555 4th Street NW
Washington, DC 20530