AO442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

Dana E. Marshall

FILED
AUG 28 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNDER SEAL *Unsealed*

**WARRANT FOR ARREST**

CASE NUMBER: 07-423-M-01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Dana E. Marshall__
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

**Between on or about not later than July 24, 2007 and August 17, 2007, in the District of Columbia and elsewhere, defendant did conspire with others to induce a public official, directly and indirectly, to corruptly demand, seek, receive, accept and agree to receive and accept anything of value personally and for any other person and entity, in return for being induced to do and omit to do any act in violation of the official duty of such official or person.**

violation of Title **18** United States Code, Section(s) §§ **371 & 201**.

ALAN KAY
U.S. MAGISTRATE JUDGE
Name of Issuing Officer

[signature]
Signature of Issuing Officer

ALAN KAY
U.S. MAGISTRATE JUDGE
Title of Issuing Officer

AUG 23 2007   District of Columbia
Date and Location

Bail fixed at $ _____   by _____
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ~~ARRESTING OFFICER~~ RECEIVING | SIGNATURE OF ~~ARRESTING OFFICER~~ RECEIVING |
|---|---|---|
| 8/28/07 | | |
| DATE OF ARREST | Anthony Santoro /DUSM | Anthony Sotto |

1371643