United States of America

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Case No. *07-423m*

v.

*Dana Marshall*

## U ARE RELEASED ON THE FOLLOWING ADDITIONAL CONDITIONS INDICATED BELOW:

| PERSONAL PROMISE | [X] | **PERSONAL RECOGNIZANCE.** Your personal recognizance, provided that you promise to appear at all scheduled hearings, trials, or otherwise as required by the Court |
|---|---|---|
| | [ ] | **UNSECURED APPEARANCE BOND.** Your personal unsecured appearance bond, to be forfeited should you fail to appear as required by the Court. |
| —— OF —— | [ ] | **CASH BOND.** Upon execution of appearance bond, to be forfeited should you fail to appear as required by the Court, secured by a deposit, such deposit to be returned when the Court determines you have performed the conditions of your release. You will deposit in the registry of the Court_____ % |
| | [ ] | **SURETY BOND.** Upon execution of appearance bond with approved surety. |

FILED

AUG 2 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### YOU ARE HEREBY RELEASED ON THE CONDITIONS INDICATED BELOW:

| [ ] 1) | SUPER-VISORY CUSTODY | You hereby agree to be placed in the custody of _____ who agrees (a), to supervise you in accordance with the conditions below, (b), to use every effort to assure your appearance at all scheduled hearings, trials, or otherwise, and (c), to notify the D.C. Pretrial Services Agency immediately in the event you violate any condition of release or disappear. Agency telephone   442-1000 | Custodian's name _____  Custodian's address _____ |
|---|---|---|---|

SIGNATURE OF CUSTODIAN _____    Custodian's phone no _____

| [X] 2) | YOU ARE TO REPORT | [X] weekly *(Tues + Thurs)* [ ] twice other-specify | [ ] in person [X] by phone | **TO** | [X] THE D.C. PRETRIAL SERVICES AGENCY AT 442-1000. [ ] Your attorney, whose name and address is shown below. |
|---|---|---|---|---|---|

| [X] 3) | YOU ARE TO LIVE | [X] at *same as above*   address _____  phone no _____ |
|---|---|---|
| | | [ ] with _____   name and relationship to defendant _____  phone no. _____ |
| | | [ ] at _____ address _____ phone no _____ being in at night by _____ P.M. time |

| [ ] 4a) | YOU ARE TO WORK | [ ] by obtaining a job within _____ days and reporting it to the D.C. Pretrial Services Agency at 442-1000. [ ] by maintaining your job as _____ Employer's name and address |
|---|---|---|
| [ ] 4b) | YOU ARE TO STUDY | [ ] by enrolling in school at _____ name and address [ ] by maintaining your student status at _____ name and address |

| [X] 5) | YOU ARE TO STAY | *Do not initiate contact with 50 miles* away from the complaining witness. Within the D.C. area. *all inmates + employees of DC Corrections/CTF* |
|---|---|---|

| [X] 6) | NARCOTICS | *Report to C220 500 Indiana for drug* |
|---|---|---|
| [ ] 7) | OTHER CONDITION | *evaluation, if positive program placement* |

| [ ] 8) | REARREST | Any rearrest on probable cause for any subsequent offense may result in revoking your present bond and setting it at |
|---|---|---|

You are instructed that any violation of a condition of release may result in revocation of release, pretrial detention or contempt. If you willfully fail to appear as required, you will be subject to prosecution and if convicted, the maximum penalties are indicated on the reverse side. Furthermore, your release is subject to the terms and conditions contained on the reverse side which are incorporated in and made a part of this order, which by your signature below you certify you have read and understand

| NEXT DUE BACK | in Courtroom **6** at **1:45** AM/PM on **9/18/07** or when notified and you must appear at all subsequent continued dates. You must also appear | YOUR ATTORNEY *Elise Haldane* name 303 E St NE W, DC   202/659-8700 address   phone no. |
|---|---|---|

DEFENDANT'S SIGNATURE ►X _____

WITNESSED BY _____ (title and agency) *DCPSA*

I understand the penalties which may be imposed on me for willful failure to appear or for violation of any condition of release and agree to comply with the conditions of my release and to appear as required.

**IMPORTANT:** YOU ARE TO NOTIFY IMMEDIATELY THE D.C. PRETRIAL SERVICES AGENCY, 500 INDIANA AVE., N.W., FIRST FLOOR, TELE-PHONE NUMBER  442-1000, OF ANY CHANGE OF ADDRESS, EMPLOYMENT, OR CHANGE IN STATUS OF ANY RELEASE CONDITIONS.

WHITE—TO COURT PAPERS
BLUE—TO JUDGE
GREEN—TO D.C. PRETRIAL SERVICES AGENCY
CANARY—TO DEFENSE ATTORNEY
PINK—TO U.S. ATTORNEY
GOLDENROD—TO DEFENDANT

Date **8-28-07**

SO ORDERED

► _____
Signature of Judge