UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

OCT 26 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA, )
)
Plaintiff )
)
v. ) Criminal Action No. 07-247 (RBW)
)
DANA E. MARSHALL, )
)
Defendant. )

## ORDER

On September 6, 2007, the Court appointed Marie E. Haldane, Esq., as counsel for the defendant in this criminal proceeding. The Court has since been informed that Ms. Haldane is unable to continue her representation of the defendant due to medical reasons. It is therefore

**ORDERED** that the Court's prior appointment of Marie E. Haldane, Esq., as counsel for the defendant in this criminal proceeding is **VACATED**. It is further

**ORDERED** that A.J. Kramer, Esq., the Federal Public Defender for the District of Columbia, shall designate another attorney to represent the defendant in this criminal proceeding. It is further

**ORDERED** that the attorney designated by Mr. Kramer and thereby appointed by the Court shall enter an appearance by October 26, 2007.

1

**SO ORDERED** this 24th day of October, 2007.

/s/ Reggie B. Walton
REGGIE B. WALTON
United States District Judge