AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

FILED
NOV 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

v.

DANA E. MARSHALL

WAIVER OF INDICTMENT

CASE NUMBER: 07cr247

I, __DANA E. MARSHALL__, the above named defendant, who is accused of

CONSPIRACY TO COMMIT BRIBERY OF A PUBLIC OFFICIAL
18 U.S.C. §§ 201, 371.

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __November 9, 2007__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_[signature]_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
Judicial Officer