**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No.: 07-247 (RBW)** |
| | : | |
| | : | |
| **v.** | : | **Sentencing:  February 1, 2008** |
| | : | |
| | : | |
| **DANA E. MARSHALL,** | : | |
| | : | |
| **Defendant.** | : | |

**GOVERNMENT'S MEMORANDUM IN AID OF SENTENCING**

The United States of America, by and through its counsel, the United States Attorney for the District of Columbia, hereby submits this memorandum in aid of sentencing of defendant Dana E. Marshall.  As will be discussed below in more detail, the government submits that twelve (12) months' incarceration is the appropriate sentence in this case.

## I.    INTRODUCTION

As a correctional officer at the D.C. Jail, defendant Dana E. Marshall occupied a position of trust within the District of Columbia Government, specifically in the District of Columbia Department of Corrections.  Dana Marshall knew from his years of training and experience as a correctional officer that inmates were prohibited from possessing certain items within the D.C. Jail, among them cash, cigarettes, cellphones and illegal drugs.  Despite this, Mr. Marshall sought to enrich himself by, in violation of his official duty as a correctional officer, accepting bribes to smuggle these items of contraband into inmates in the D.C. Jail.  His actions breached the public trust vested in him as a correctional officer, undermined the criminal justice system, and created a dangerous environment within, and potentially outside of,  the D.C. Jail.  Accordingly, a sentence of twelve (12) months' incarceration is appropriate in this case.

## II.    **FACTUAL BACKGROUND**

The basic framework of the scheme to accept bribes in return for smuggling contraband into inmates in the D.C. Jail is set forth in the statement of facts, which the defendant acknowledges, and which the government incorporates by reference herein.  Mr. Marshall, however, seeks to minimize the gravity of his conduct by denying that he brought controlled substances into the D.C. Jail.[1]  In the plea agreement between the government and Mr. Marshall, the parties agreed to disagree on the factual issue of whether Mr. Marshall smuggled controlled substances into the D.C. Jail.  While not an element of the charged offense, conspiring to accept bribes in exchange for bringing drugs into the D.C. Jail is arguably more serious misconduct that conspiring to accept bribes in exchange for smuggling cigarettes and cash to inmates.  The evidence that Mr. Marshall did bring controlled substances into the D.C. Jail and distributed those controlled substances is substantial.

In late 2006, agents of the Federal Bureau of Investigation (FBI) began investigating allegations of correctional officers smuggling contraband, including cigarettes and controlled substances, into inmates incarcerated in  the D.C. Jail.  A number of inmates were interviewed

---

[1]  At the plea hearing before this Court on November 9, 2007, the following exchange took place:

THE COURT: What did you do?

THE DEFENDANT: Your Honor, if they are saying cigarettes, yes.  If they said the money that I accepted from her when I met her, that's correct.  But if they are saying that I brought drugs into that institution, or weapons, it's not true, your Honor.

(Transcript of proceedings on November 9, 2007 (hereinafter "Tr.") at 37).

who provided background information to the FBI on how and by whom contraband items were being introduced into the D.C. Jail. Dana Marshall's name surfaced as a source of contraband, including controlled substances. Based on this information, an investigative plan was devised and a number of inmates were enlisted as cooperating witnesses.

### A.    Controlled substances recovered in the D.C. Jail

During the time of the investigation, controlled substances and cigarettes, as well as other contraband items, were readily available in the D.C. Jail. On at least two occasions during the investigation, controlled substances were recovered inside of the D.C. Jail either in areas within Mr. Marshall's control or under circumstances that raised suspicion with regard to Mr. Marshall. For example, on April 15, 2007, Mr. Marshall was delivering juice to the Southwest Two ("SW2") unit of the jail at approximately 5:00 a.m. Mr. Marshall had three inmates assigned to the culinary detail with him at that time. Another correctional officer noticed that the inmates seemed overly eager to get to the juice container. The other correctional officer, along with Mr. Marshall, searched the juice container and discovered a plastic bag, which was turned over to the command center. The bag contained twelve packs of Newport cigarettes, a ziplock sandwich bag that indicated that it contained five packs of cigarettes, and another sandwich bad that was tightly packed with what appeared to be marijuana. The bag with the suspected marijuana was inside of another bag with the name "Caldwell" written on the bag. Officials determined that there was one inmate in unit SW2 named Caldwell. As a result of this incident, Caldwell was transferred to unit South One ("SO1").

On August 1, 2007, correctional officers discovered a package wrapped in gray tape in a crate containing ice, water and cartons of milk. Investigation revealed that Dana Marshall and

3

the culinary detail had delivered the food cart that contained this crate and the package. The package had the name "Pooh Head" written on the gray tape, which is believed to be the nickname of the inmate who was to receive the package. Inside of the package was a ziplock bag with a green leafy substance inside, three packs of Tops rolling papers, 1 lighter, a ziplock bag with 10 pink pills inside and a bottle of oil.

B.    **Contraband items in Dana Marshall's locker**

On August 21, 2007, a correctional officer along with a K-9 dog trained to detect drugs were inspecting lockers in the culinary area of the D.C. Jail. The dog alerted on locker number 1 in room B-7, a locker assigned to Corporal Dana Marshall. Officers cut the lock off of the locker and inside found a ballistic bulletproof panel for a bulletproof vest. A check of the serial number on the ballistic bulletproof panel showed that it was assigned to Dana Marshall. No controlled substances were found, but officers found the following items in the locker: two toothbrushes, two sandwich bags containing an orange powdery substance believed to be the drink Tang, two Degree brand deodorant sticks, one plastic bottle containing a fragrant brown oil, and two items wrapped in gray duct tape. One duct taped package contained a cellphone and charger, while the other contained four batteries and a battery charger. See Attachments A and B. Mr. Marshall was interviewed and, while admitting that he recalled having removed his front soft body armor from his vest about three weeks prior and placing it in the locker, he denied that any of the items of contraband found in the locker belonged to him or that he ever placed a padlock on the locker. In contrast, two other correctional officers were interviewed who stated that Marshall routinely used that locker and on occasion was observed unlocking the padlock on the locker.

C.    __Co-conspirator admits that she delivered controlled substances to__

__Marshall__

A co-conspirator in this case, Sheri F. Adams, readily admitted to this Court during her

guilty plea hearing that she delivered cash, cellphones and controlled substances to Mr. Marshall

for delivery to inmates in the D.C. Jail.  See United States v. Sheri F. Adams, Criminal Case No.

07-238 (RBW), Statement of Offense at paragraph 5.  In fact, Ms. Adams admitted that "[e]very

delivery from ADAMS to MARSHALL included cash, and most deliveries contained controlled

substances, which was referred to as "candy" during the conspiracy"  Id.  On July 24, 2007, in a

recorded telephone conversation with an undercover employee (UCE) of the Federal Bureau of

Investigation, Adams explained to the UCE what "candy" was and the pricing structure of the

conspiracy.  The following is an excerpt of that conversation[2]:

UCE:          And other stuff that I get, anything I can get you can get it in there, right?

Adams:          Mm hmm.

UCE:          Dag, you good.  I need to work with you some more.

[Laughter]

UCE:          What, now what is it, does, does the price go up or is it, is it the same for
              everything pretty much?

Adams:          Um, candy $200, cigarettes, a carton $200, and a cell phone's $250.

UCE:          I  missed the first part of it, you said something, what is the first thing you said?

Adams:          Candy is 200 and uh...

---

[2] In a recorded telephone conversation with the UCE on August 24, 2007, after Mr.
Marshall was suspended following the search of his locker, Marshall denied to the UCE that he
brought drugs into the jail.

UCE:        Candy?!  Candy is 200?

Adams:      Mm hmm.

UCE:        Candy is two hundred dollars?

Adams:      No.  Candy is another form for, you know, something else but I don't call it that, I don't talk over the phone like that.

UCE:        Oh, oh, okay.  I'm,  I'm a little slow.

Adams:      Oh, okay.

UCE:        Oh you can get that up in there too?

Adams:      [Indiscernible]

UCE:        What?  I'm talking about Snicker's bars, M&Ms [laughter]

Adams:      Oh no, I'm ain't talking about that....

UCE:        I was gonna say...

Adams:      but that's exactly what...

UCE:        Right, I got ya, I got ya.  I'm a little slow.  I didn't, I didn't, I didn't know you could can get that up in there.  But I guess you got the right connections.

Adams:      Right.

UCE:        You can get anything up in there right, huh?

Adams:      Mmm hmm.

UCE:        Sweet.  Okay.  So you said candy is 200 and what now?

Adams:      Cellphone's 250 and the carton 200.

UCE:        Okay.  Okay.  Alright, well look here.  I'm  gonna, umm, we will just start with the cigarettes, but I'll probably... What time of day you want to meet?  When you want to meet?

Adams:      It doesn't matter to me, any day you want to I can meet.

6

UCE:          Okay.  Alright.  Any day, any time.  Look at you, you running the business big
              time, ain't you?

Adams:        I ain't running nothin, I'm just, I'm just the pickup. [laughter]

UCE:          You're just the pickup?

Adams:        Mmm hmm.

D.        **Search warrant at Marshall residence**

Mr. Marshall was arrested pursuant to an arrest warrant on August 28, 2007, at XXXXX

XXX XXXX XXXX, XXXXXXXX, Virginia, which is a house owned by Mr. Marshall's wife.

A search warrant was also executed at that address at the same time.  Among the items recovered

during the execution of the search warrant were suspected controlled substances packaged and

labeled for smuggling into the D.C. Jail, and a variety of papers on which were recorded orders

for contraband to be brought to the jail.  Multiple packs of Newport cigarettes were recovered,

see Attachment C, as well as other contraband packaged and labeled for smuggling into the D.C.

Jail[3].  See Attachments D and E.  As to the items depicted in Attachment D, the following

contraband was recovered:

1) inside the package labeled "T" and "SW1", a green weed substance suspected to be

marijuana, three Bic lighters, and one pack of e-z wider rolling papers; see Attachment F;

2) inside the package labeled "JJ" and "SW3", a green weed substance suspected to be

marijuana; see Attachment G;

3) inside the package labeled "FO" and "NE1", a cellphone and charger; see Attachment

---

[3] The initials on each package refer to an inmate, and the other designation is the
cellblock.  For example, "FO" and "NE1" refers to inmate George Foreman in block Northeast 1
of the D.C. Jail.

H; and

4) inside the package labeled "G" and "NE1", a cellphone, charger and headset; <u>see</u> Attachment I;

As to the items depicted in Attachment E, labeled "Pinball" and "SW2", the following contraband items were recovered:

1) a green weed substance suspected to be marijuana in clear plastic, and 10 individual blue ziplock bags each containing a green weed substance suspected to be marijuana; <u>see</u> Attachment J;

2) "Backwoods" cigars and a Bic lighter; <u>see</u> Attachments K and L; and

3) a green weed substance suspected to be marijuana, and two bags of suspected ecstacy pills; <u>see</u> Attachment M.

The writings recovered from Mr. Marshall at the residence during the search warrant are instructive both in terms of the volume of business he conducted and the variety of contraband he distributed to inmates in the D.C. Jail. For example, in Attachment N, pages DM-00001 through DM-00068, there are no less than thirty-five (35) reference to "candy", the slang used for drugs during the conspiracy. There are more than forty (40) individual inmates referenced on these pages. Conservatively, there are references to more than 890 packs of cigarettes. There are approximately seventeen (17) references to "cell" or "cellphone". Some of the highlights of these pages are as follows:

- Page DM-00001 refers to "pick up[s]" from "Sharron", "Shorty", "Sheri" and "G". Sheri is believed to be defendant Sheri F. Adams. This suggests that Mr. Marshall was working with more than one co-conspirator. The word "candy" is

8

written three times on this page;

- Page DM-00003 sets forth a price list: Cellphone $125, Carton $225 and Candy $125.  On the same page is the word "Pinball", which is believed to be an inmate's nickname and is the same name seen on the contraband shown in Attachments E, J, K, L and M;

- Pages DM-00025 and DM-00037 both refer to "Pinball" and "candy".  Note the similarities between the order for Pinball on page DM-00037 and the photographs from the search warrant depicted in Attachments E, J, K, L and M;

- Page DM-00025 makes reference to Caldwell and SW2.  In the April 15, 2007 incident at the jail, described above, Mr. Marshall and three culinary detail inmates brought a juice container to Unit SW2 that was discovered to have a bag of suspected marijuana inside labeled "Caldwell".

- Page DM-00047 again makes reference to Caldwell, this time in SO1.  This page notes "2 Candy" and "Tray", indicating that Caldwell has two orders of "candy" that are to be delivered on a tray.  After the April 15, 2007 incident, Caldwell was transferred from Unit SW2 to SO1.

- Page DM-00033, which is an extensive order list and seems to bear a relationship to the items found in the search of Dana Marshall's locker.  In the search of that locker, no drugs were found, which is consistent with the checkmarks placed next to the two orders for "candy" on page DM-00033, suggesting that those deliveries were made. There is an order for a "cell" for Robinson in SE-3.  In Marshall's locker was a cellphone wrapped in black tape and  marked "Robinson" and "SE3".

See Attachment A. There is an order for "Bam" for a variety of items, including 2 deoderants [sic], 2 Tang, 2 toothbrushes and 2 cells, 1 charger. Found in Marshall's locker were two deodorants marked "B", two plastic bags of an orange powdery substance believed to be Tang with a "B" written on the bag, two toothbrushes, and a battery charger with batteries wrapped in tape and labeled "B 2". See Attachment B. Page DM-00049 indicates that "B1s B2s Are Bams All of Them".

- Page DM-00017, on the top half of the page there are a number of entries, including one for Spencar for candy, that are crossed out and the word "DONE" is written next to these entries.

- Page DM-00018, which suggest completed deliveries of "candy" or controlled substances. There are two entries, one for Wilkerson in SE1 and one for Forman [sic] in NO1 that state "Candy owe", each with an "x" next to it, and each crossed out.

- Page DM-00010 shows the same type of entry. "Chad 10 pack Candy" is written, it is crossed out, and the word "Done" appears next to the entry, suggesting that 10 packs [of cigarettes] and the drugs had been distributed.

- Again on page DM-00014, an entry for Chadd that includes candy is crossed out and checked off, as is an entry for Spencer that includes candy.[4]

---

[4] Actual candy was available for purchase by inmates at the Canteen in the D.C. Jail. See Attachment O, page 2 (list of items for sale at the Canteen in the D.C. Jail). Among the candy offered for sale are Snickers and 3 Musketeers candy bars, and six other types of candy. A 65 cent Snickers bar available for purchase legally at the Canteen would hardly command hundreds of dollars in bribe money to smuggle into the jail illegally.

- There are multiple entries that note the method of delivery. Given that Mr. Marshall was in charge of the Culinary Detail inmates, these methods of delivery noted make perfect sense. For example on page DM-00028, "Juice" and "Trash" are noted; on page DM-00029, "juice container" and "D Robinson tray" are noted; on page DM-00047, "Bag", "Milk" (3 times), "Tray" and "Hand" are all noted. As set forth above, the April 15, 2007 incident in which suspected marijuana was recovered involved the use of the juice container to smuggle the drugs to the designated inmate. The August 1, 2007 incident involved controlled substances on the culinary cart, wrapped in tape, labeled, and concealed in the milk crate.

In sum, Mr. Marshall's claim that he did not bring drugs into the D.C. Jail is belied by the evidence and is nothing more than a defendant minimizing his conduct hoping for a more lenient sentence. To the extent that the defendant is seeking a sentence below the twelve month sentence the government has agreed to ask for, the court should reject that request summarily.

**III.    UNITED STATES SENTENCING GUIDELINES**

In the plea agreement, the parties agreed that the sentence in this case will be determined by the Court, pursuant to the factors set forth in 18 U.S.C. § 3553(a), including a consideration of the guidelines and policies promulgated by the United States Sentencing Commission, Guidelines Manual (2006)("U.S.S.G."). Pursuant to Federal Rule of Criminal Procedure 11(c)(1)(B), and to assist the Court in determining the appropriate sentence, the parties stipulated to the following:

11

### A.    <u>Offense Level under the Guidelines</u>

The applicable Guidelines are § 2X1.1 (Conspiracy) and 2C1.1 (Bribery). The following is a correct calculation of all relevant Sentencing Guidelines factors:

| | | | |
|---|---|---|---|
| 2C1.1 | (a)(1) | Base Offense Level | 14 |
| | | (defendant is public official) | |
| | (b)(1) | Specific Offense Characteristics | |
| | | (More than one bribe) | 2 |
| TOTAL | | | 16 |

No other specific offense characteristics or cross-references apply.

### B.    <u>Acceptance of Responsibility: 3-point reduction</u>

The government agreed, assuming the defendant clearly demonstrates acceptance of responsibility, to the satisfaction of the Government, through the defendant's allocution and subsequent conduct prior to the imposition of sentence, that a 2-level reduction would be appropriate, pursuant to U.S.S.G. § 3E1.1(a). Furthermore, the Government agreed that, assuming the defendant has accepted responsibility as described in the previous sentence, an additional 1-level reduction would be appropriate, pursuant to § 3E1.1(b), U.S.S.G., because the defendant has assisted authorities by providing timely notice of his intention to enter a plea of guilty, thereby permitting the Government to avoid preparing for trial and permitting the Court to allocate its resources efficiently.

In accordance with the above, the parties agreed that the applicable Guidelines Offense Level is 13.

### C.    **Criminal History Category**

Based upon the information now available to the government (including representations by the defense), it is our belief that the defendant has no prior criminal convictions.  Thus, the defendant's Criminal History Category is I.

### D.    **Applicable Guideline Range**

Based upon the calculations set forth above, the parties agreed to a stipulated Sentencing Guidelines range of twelve to eighteen months (the "Stipulated Guidelines Range").  In addition, the parties agreed that should the Court impose a fine, at Guidelines level 13, pursuant to U.S.S.G. § 5E1.2 , the applicable fine range is $3,000 to $30,000.

### E.    **Sentencing Allocution**

The parties agreed that the defendant may seek a sentence outside of the Stipulated Guidelines Range and he may suggest that the Court consider a sentence outside of the Stipulated Guidelines Range, based upon the factors to be considered in imposing a sentence pursuant to Title 18, United States Code, Section 3553(a).   The agreement states that the defendant understands that the Government will oppose a sentence which is outside of the Stipulated Guidelines Range.

### IV.    **RECOMMENDATIONS**

The government submits that, considering the nature and circumstances of the offense, and taking into account the history and characteristics of the defendant,  a sentence in the Stipulated Guidelines Range, specifically a sentence of twelve months' incarceration, is a reasonable and appropriate sentence in this case.   This period of incarceration is necessary to promote respect for the law, to reflect the seriousness of the offense, to afford adequate

13

deterrence to such criminal conduct in the future and as just punishment for the offense.  Here, the object of the bribery scheme was two-fold:  the payments served to enrich Mr. Marshall and his co-conspirator, and the payments were made to facilitate the commission of other criminal offenses, including distribution of controlled substances and providing other contraband to inmates.  Smuggling cash and cigarettes into the D.C. Jail, along with a variety of other items that would be legal outside of a jail setting, undermines the functioning of the facility, creates an underground "black market" inside the facility, violates the established rules of the Jail and is a violation of Mr. Marshall's official duties as a Correctional Officer.  As this Court stated to Mr. Marshall at the conclusion of the plea hearing:

> I am always really troubled by this type of behavior because it breaches the public trust that was given to you when you were given that position.  We put people in jail and prisons for a reason, and one of those reasons is to deprive them of some of the things that they would like to have so that they get punished, with the hope that maybe that will turn their life around.  And when people breach that trust and make things available to inmates that they shouldn't have, you are undermining the entire process, and I am very troubled by that.

(Tr. at 51-52).

Providing cellphones to inmates creates a potential public safety problem.  Non-legal calls made by inmates from inside the D.C. Jail are recorded.  This, in part, serves as a deterrent to an inmate committing or orchestrating criminal acts from inside the D.C. Jail, among which are obstruction of justice by either directly or through others engaging in witness intimidation, and engaging in narcotics activity.  By providing cellphones to inmates, Mr. Marshall undermined the deterrent effect gained by the recorded telephone lines available to inmates for non-legal calls and potentially facilitated other criminal conduct.

Finally, by providing controlled substances to inmates, Mr. Marshall created a potentially

14

dangerous and volatile situation within the D.C. Jail.  Providing drugs to violent individuals

housed in crowded conditions is akin to dropping a match on a powder keg.  Doing so is not only

irresponsible and illegal, it is a violation of the public trust given to Mr. Marshall.  The Criminal

Justice system, as well as the community, expects that the rampant drug usage and dealing that

some criminal defendants partake in on the street will cease upon their incarceration.  Mr.

Marshall's actions not only undermine the criminal justice system but also erode the public's

confidence in the system.

## V.    <u>CONCLUSION</u>

For all of the foregoing reasons, the government submits that a twelve-month period of

incarceration is the appropriate sentence in this case.

WHEREFORE, the government respectfully requests that the Court impose a sentence of

twelve-months' incarceration.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
FOR THE DISTRICT OF COLUMBIA


By:      _____/s/_____
         THOMAS J. HIBARGER
         Assistant United States Attorney
         Bar Number 413224
         United States Attorney's Office
         555 4th Street, N.W., Room 5237
         Washington, D.C.  20530
         (202) 514-7385
         Thomas.J.Hibarger@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I served a copy of the foregoing by electronic mail on counsel for defendant, Elise Haldane, Esq., on this 24th day of January, 2008.

                                /s/
                              Thomas J. Hibarger
                              Assistant United States Attorney





ATTACHMENT B



ATTACHMENT C

ATTACHMENT D



ATTACHMENT E





ATTACHMENT G





ATTACHMENT I



ATTACHMENT J



ATTACHMENT L



ATTACHMENT M

# ATTACHMENT N
# (pages DM-0001 through DM-00068)

Book 1000

Shannon      pick up      1 pm  $400.00      4 carlons
Shorty       pick up      12 pm $500 or 1 carti  Candy
Stten        Pickup       2 pm  $2500 1550.00   $7000 moa
G            pickup       oped  $100.00         Candy
             ikathen      2 30  Chant
                          300

Mauberry

| BAM | 300 | No 1 |
|-----|-----|------|
| 25 carton | 40 Packs | 30 pack |
| 6 carton |  | Block |
| 31 |  | # 67 ☆ |
| shorty candy |  |  |

1  14 10       80      E dad Jr      # 82
2  $ $ 0  250  25                st
   750         150     55  st
   750         600           Left
1
7  50  minu  2      603  5 st   Right
   750      5       2-53 st
   500                       5 6 PL
2 5
       15    3
   150

                p eth. 9 55 5 26     1800

DM-00001

george Foreman

Pinball Im

Cell Phone $125 →

Carton $225

Candy $125 →

Diet Trays "Unit

G Forman

1 GREEN BAY vs MINNESOTA ✓
2 KANSAS CITY vs OAKLAND ✓
3

Chad      2 40
10 Pack
Candy  ow 5

Cooper  3  4 Doke
          OWE
Goody      5 OW.

Cell 53  SW 1
Duke  Duke  10 Pak

2 4 0

NO 2  Big

NO 2  Keman

Cosd          OWE
                5

Chad   5 candy  OWE
                10 Cand

Cooper         OWE
                3 pack

NW 2          3 pack

Duke     Giv  4 OWE
                6

DM-00004

1 Cooper <sup>Diet</sup> <sup>316</sup> I    SW 2   150   $ pack

2 Tray Timothy White SE I   200 10 pack

3 Demetric Goody   SW I   $100 3
                           call 29  399

```
        4
       10
        3
      ____
       17
        5
          B
```

Cooper

1800 4098899



T Bone    Dana Hamilton    3 - 2         6    8    8
         ← owed    8   4 ← Dana Hamilton
J Robinson   SE-3 owed    25 packs + Crack
H Robinson   SE-3 owed    2 packs
T White      SE-3 owed    10 packs
Boo          NW-2 owed    18 packs
√2 Cooper D  SW-2 owed    1 pack                    Tues
B's man      SW 1 owed    1 cellphone   Next Tues
Goodman D    SW 1
Forman       NO 1         owed 2 packs         —
Spencer      No I         owed 1 cellphone     —
Sam          N O
Williams
Chomps       Small Box

4 CARToN NERDED

LIPOSENE

1800 4098899

BAM

1  SCAGGS    Goode  10  SWT

SE-3  BoBBy thomas
Call  10  Give  him

SE1  Bowie Boy
Give 10

SW-2  PEE
DC and LittleRob

Ask Brandon What call Pee
'A  what Block

Staggs pull Good to the side
And ask him can he handle
10 From Bam

DM-00008

BASIR White, T          SE-3

TAKE STUFF FROM  NW 2
TO NOI  TAN Diet TRAY
4 PACKS  $ + CANDY

                    SE 3      BASRA
18th ERVING    SE 2
        Shell

15 0
  0 0
1 0 0

SW 2  DERON  RoNald English  TRAY



DM-00010



GIVENS            10 packs       NO 2

Trob  Troy Cooper ✓   18 packs       SW 2
      Devon Robinson

      Spencer          5             NO 1

      Forman           6             NO 1

      Larry            2             SE 1

      Chadd

4  Givens                NO 2  ✓ 6

5  Cooper             SW 2  ⌐ 13  Devon Robinson
2  Spencer       NO 1
2  Forman        NO 1
2  Robinson Jon  NE 1

6  Warren L   NO 1   $150
5  Dukh       SW 1    100

50
75
25

378 6197

| | | | |
|---|---|---|---|
| Chadd | $400 | 2 carton | 200 |
| (Duka) | $100 | 4 packs | 50 |
| Warnsw | $150 | 7 packs | 75 |
| Good | $200 | 10 | 100 |
| 32 Big Boy Cooper | $200 | | |
| | 6 pack | Hintson 12 packs | |

DM-00012

DAY

Forman        NO 1
Spencer       N O 1

Cooper        SW
Givens        NO 2      6 Pack + 6
Cooper        SW 2      6 Packs + 12

DAY 2

Duke                    8 Packs Down
Chadd          6 @ Canton 9¢⁴⁰¹
Good           5    Canton 5

o

Sat
Sun
Sun
Mon

DM-00013

OWE

| | | | |
|---|---|---|---|
| NO-1 | Forman | Cig  2packs | 2 |
| NO-1 | Spencer | "  2 packs | 3 |
| NO-1 | Warren | "  3 packs | X |
| NE-1 | Robinson J | "  1 | |
| NW-1 | Panama | 3 pack | |
| SW-1 | Chadd | C pack, oil, candy, | 7 |
| SW-1 | Duke NE 15 packs  Holdup | | 0 |
| SE-1 | Darry C | 2 packs | 0 |
| SW-1 | Good | 10 packs | 0 |

| | | | |
|---|---|---|---|
| NO-2 | Givens | 6 packs 6 | 6 |
| * NE-2 | Hintson Big Jack | 8 packs | X |
| SW-2 | Cooper | 6 packs 4 + 4 | X 8 |
| SW-2 | Robinson Devon | | |

| | | | |
|---|---|---|---|
| NO1 | Spencer | Candy/Cig | Sun |
| NO1 | Stegans F | 4 packs | Sun |
| NO2 | Givens | 6 | Sat |
| SW1 | Good | 10 | Sat |
| NE1 | J Robinson | 2 | Sat |
| NO2 | Big Jack | 6 | Sat |
| | Big Jack | 4 | Sun |
| | Cooper | 4 | Sun |
| | Cooper | 4 | Mon |

p.m.

DM-00014

NB 1          Robinson     Jonta

No 1 — Forman
         Spencer
         Warren                          SW 3

                        Thursday

GIVENS      NO 2

COOPER      SW 2



Big Jack



| NCBM | Candy/Cig | Sun |
|------|-----------|-----|
| ATS F | 4 packs | Son |
|      | 6 | Sat |
|      | 10 | Sat |
|      | 2 | Sat |
|      | 6 | Sat |
|      | 4 | Sun |
|      | 4 | Sun |
|      | 4 | Mon |

6  900

DM-00015

1800 957 450

| | | |
|---|---|---|
| Spencer | Sun | candy /cig Food |
| Sargars | Sun | Lost 4 packs |
| Givens | Sat | 6 packs owe 6 |
| ~~Short~~ Good | Sat | 10 packs |
| Robinson J | Sat | 2 packs Sat |
| Big Jock | Sat | 6 packs |

| | | | |
|---|---|---|---|
| Cooper | 4 | | Sun |
| Cooper | 4 | Done | Sun |
| Spencer | | | Sun |
| Sargar | | | Sun |

DM-00016

prepared

NE 1 call 53
Cooper    SW 2
Cooper    SW 2

Big Jack    NE 2
Spencer    NO 7
Spencer    candy NO 7        DONE
Subgang    NO 7

NE 2 HINSON
NE 1

Candy    OWR X                SE 7

Candy    OWR X                NO 7

DONE

DM-00017



Candy

Janita    candy          Chumps

3987724  PANAMA

4385637

---

Spencer    Tabaco    NO 1

Dobbs K    5 packs    ows    5  15    SE 7

Cooper    5 packs    ows    5  5    SW 2

ALFred    5 packs    ows    13    NW 2

Butler    10 packs    ows    X    NO 7

Witterson    Candy    ows  X    SE 1

Forman    Candy    ows  X    NO 1

shnTa

FBone

DM-00018



Dobbs
5 pack

NO I  JohnTo

NO I  Butler

| NO 1 | Butler | 8 packs | |
| NO-1 | Spencer | 8 packs | 1 pack |
| SE-1 | Dobbs | 8 packs | 5 |

Chumps N/W-2  YOUNG JAMES    5 packs   GLUE Deodorant X
2 N 4 ALFRED

Holding    Chumps   18
           Dobb t

60

                           Butler

                           Dobbs
              Writing
202  658  5

              Chumps

DM-00019



NO 1   Butler    5 pocks
NO 1   Forman   Paid
No 1   Spencer  Paid
NE 7   Johnto
SE 7   Larry Wilkens  Paid

SW 2   Cooper        PAID
SW 2   D Robinson    Paid                    Tobbaco

Holding   Chumps   18
          +
          Dobo k

60

202  658  Waiting    Butler

                      Dobos

                      Chumps



Dobbs         3 packs         7 OWA

Spencar       1 pack          Done

Detail

5 packs  Chumps

Robinson  Herbert    SW 3

| Spencar | No 1 | | OWE 0 |
| Forman | No 1 | | OWE 0 |
| Dobbs | SE 2 | Trav | OWE |
| Larry | SE 2 | | |
| Chumps | NW 5 | | OWE 10 |
| Herbert Robinson | Janta | | 1 pack |
| Detal | | | |

202  658  3456

DM-00021



Butler          4 packs + candy        No 7

Larry           8 packs                 SE 7

Ron             12 packs        7.      SW 2

Chumps          10 packs     thru       NW 2
                             Holrow

Alfred          12 packs

Janet Robinson

Forman

202 658 3456

DM-00022

ATTeNTioN
SgT Johnson JR

To

S_gt Johnson Jr

Could you Run a check on these men.

1  SLoan Robert 255-082 - Cell - 12

2  Robinson Daffie 273-054 — Cell - 61

3  Jose Sinlu Flores  - 311 - 817

4  Pantoja Antonio - 308-346

5  Knight Thurman - 204-948 cell 9

6  Morales Alan - 309 761

Thanks For the men you have

given me so Far.

CPC Marshall

srmart

1   Chadd

NO 2   Givens
10

SW 2   Cooper
Caldwell
2 packs
Cigar
rette

SE 2   Larry
Butt
Charger
lighter
Air Freshener

No Spencer

SW 2   Dorsey
pin ball / candy

Givens
Caldwell
Dorsey   pin
ball

Rob

Boo

Good

Chadd

LBFF
NO   2
SW   2

SW   2

SW   2   Candy

NW   2   40 packs

SW   1   10

SW   1   10

SW
10 packs

DM-00025

TVBS

No 1 — Spencer Candy
S6 2 — Chocol Candy
SE 3 — Jonta English/Tany Candy
SW 1 — Chaold Candy + cigarettes
S5 — 10 pack soap

350
150
175
100

1
275





Larry          SE 1 @ Juice

Chadd          SW1 Trash

Rob   20       SW 2 Juice

Sw Goldie Montgomery
$1350 ⁰⁰

DM-00028

1. NE-1    BRYSON    Candy    51 cell
2. SW-1    GoodE              10 packs
3. SE-1    LANEY    LANEY   } Juice
4. SE-1    SYKES    Both     } Container
5. ~~DWARD HASIE~~
6. SW2     RON    ⊕ D Robinson Tray
7. NW1     BOOKT   2 pack
           Tues  Chadd   Mookie
   SW4
           Johnta  English 100 } 115
                   Tray
   SWE 3           Spencer  $10A
   N02             Hinson  10 packs
                           $100

c pack

WiLLiams R                    Cells
313 029          Needed 34
Long Johns

1. SW1   Chadd
         Good

2. SE1   LARRY

3. NW1   Forman    Candy
                   packs

4. NO2   Greens

5. SW2   Ron / Devon
                   Candy

         E MING 3

NO1
    Spencer

SE1 Dobbs         15 packs

S63   Jonta

NW2   Hrrson

DM-00030

MON

1  NE 1   Bryson   Candy   51 call
2  SW 1   Goode   10 packs   Trash can
3  SE 1   Laney   Laney →  Juice Container
4  SE 1   Sykes
5  SW 2   Ron   D Robinson   Tray
6  NW 1   Boger   2 packs

DM-00031

Sheri

386-1512

SE-3   Troy Candy

SE-3   Robinson cell

SE-3   Twin Candy
12     17 Packs

SE-3   Jonta Blacks
       I Bod

SE-3   WRIGHT
6      4 Packs + smell
       good

SE-3   Bann cells
2      2 Deoderants
       2 Tims
       1 Barbecue
         sauce
       2 Tooth Brushes
       2 rolls 1 Chesse

DM-00032

SE-3    Troy    Candy ✓

SE-3    Robinson cell

SE-3    Twin candy ✓
   12    17 Packs

SE-3    Jonta Blacks ✓
   I Bod

SE-3    Wright
   6    17 Packs + small
                   good

SE-3    Bam
   2 Cells
   2 Deoderants
   2 Tans
   1 Babecue
       Sauce
   2 Tooth Brushes
   2 cells  1 Charger

DM-00033

Blokhay
262 376

Bennington
277006

NW

DM-00034



DM-00035

Dobbs + Deron McMillian

NG 2

Green
Candy Spoon
Formal      Bags
10 pack      or
             Crate

SE 2

Dobbs
DERON   Trays

SE 1
Dobbs   2   candy

SE 3   All Js
I Pod       go to
                JohtA

SW 3 Puss
        Head
Antoine Wilson
277 375

Pinball   SW2
2 candy Back
        wood 3
3 packs cigarettes

(202) 615-3533
D. LOVE

SW 3

Shawn M

HOMB



SO1 McMillin SG-3
H Robinson
SO1 2nd
McMccan

DeRon McMillin SG-3
Carloy—2 Packs

H Robinson SG-3

Givens NO 2
- 4 Pack

Dobbs
Nt 2
4 Pack

SO2 Gerrael Williams 3 Packs

SE-3 Jonta

SG-3 Joseph Jones

NO→ Givens 4 2 Packs

Dobbs 4

DM-00039

Franklin
299 489

SE M

SO 2 Caldwell

2-B·is For Bryson

1- Scoop

1- Cell For Hilland / Grease

5 Twin Packs

1 Robinson Pack

C Caldwell

SE

copy

DEPARTMENT OF CORRECTIONS
CENTRAL DETENTION FACILITY
1901 D STREET, S.E.
WASHINGTON, D.C. 20003

# UNIT COUNT

DATE: _6-01-07_

UNIT: _Culinary #3_

IN COUNT TOTAL: _25_

COUNT TIME: _8:15 pm_

| LAST NAME | DCDC# |
|---|---|
| 1. Anthony D. | 302-718 |
| 2. Broadnax S. | 312-666 |
| 3. Boatwright D. | 264-412 |
| 4. Coby W. | 215-908 |
| 5. Clifton J. | 208-626 |
| 6. Cotto D. | 284-752 |
| 7. Graves D. | 221-619 |
| 8. Hamilton | |

IN HOUSE OUT-COUNT DESTINATION

16. Moore M. 278-022
17. Pickett S. 240-710
18. Rogers W. 239-751
19. Lebraue H. 227-974
20. Thomas M. 260-944
21. Weems M. 215-070
22. Wrape S. 255-119

## [DIST]RICT of COLUMBIA
## DE[PART]MENT of CORRECTIONS
## CENTRAL DETENTION FACILITY
### INMATE REQUEST SLIPS

DATE 5/24/07

NAME ANTOINE HAMMOND DCDC 299380 UNIT SW-1 CELL 8

**PLEASE CHECK [X] WHICH OFFICE YOU WISH TO CONTACT**

[ ] CHAPLIN'S OFFICE

[ ] CLASSIFICATION & PAROLE

[ ] CLOTHING ISSUE (PLEASE INDICATE YOUR SIZE) _____

[ ] INMATE PROPERTY

[X] OTHER ( SPECIFY ) INMATE WORK PROGRAM/DETAIL

**PLEASE EXPLAIN THE NATURE of YOUR REQUEST BELOW**

I've been sentenced already an I
would like to have a job. I'm a
good worker I don't have a problem
with working. I've been on the detail
block two time's in 2004 and 2006.
I whent out the fed's now I'm
back. I've worked in the Kitchen befor
on the food line and in the tray
room so I no what I'm doing. I
Just whant sothing to do with my time.
=PLEASE HELP ME OUT= THANK YOU

OFFICIAL SIGNATURE_____    DATE_____    DM-00042

1800450
2091

Shawn Horne

Cricket

438357
Nito

110
141

Arndon Lane
SW 2

SW Andon Line

SW 2

S E 1

Last N 0 3

Ben
202 905 4242

Secca
703 289 9930
Frontier

M Room

703 289 9930

SE. 3
WRIGHT
Phone

2 Grease
COFFEE

Sup
JOE JOHNS

Dwayne
Champion

Wright    SE 3
- Cell

Twin    15-packs

Robinson    11-packs
1-Cell

SE 3



Unc, What's happening? All is well
mentally & physically. Look here, I need a
carton tomorrow I'll have the money for
you Monday. Baby girl will have it.
Also I need some AA's head or get that
regular charger from baby girl. Like I
was telling her thats important for
business cause me myself I don't like
they pay phone's for this suppose. These
it for now. Handle this for me
tomorrow.
                                    ONE
                                    Daron

DM-00046

1 4PACKS FOR HILLIARD

2 10 PACKS GO TO JONITA, BAY

3 GRAY PACKAGE GO TO
SCOOP HIS NAME IS ON
IT.                          MILK

4 EVERYTHING WITH A B
ON IT GO TO BRYSON

5 DEANDRE WILLIAMS D/W
SB 3

SE 2   CHARGER
     4 BATTERY   DEPON   MILK

     1 PACK FOR KG
     CHARGER

SE 2  CALDWELL TRAY   TRAY
     2 CANDY

NE 2   R GREEN   MILK
           CALL

SW 1   MILK   BAM
4 PACKS        1 PACK

HERNANDEZ 10 PACKS   HAND
CYRUS   SW-2   3 PACK TRAY

DM-00047



McCoy Ginwal
NO 2
225

Joseph Jones
SW3
W

Jonta Wright
SE 3
SW 3

SE    1    HINSON    2    SUN
SW    1    Motts    2    SUN
SE    3    Robinson    Blacks / Cigaretts
SE    3    Wright    2 PACKS
SE    3    Jonta    Cell phone cigarettes

mc coy No-2

DM-00048

B1s — TROY 1

B2s — ARE BAMS — All of Them

#202 820-0511

Give to Bam!

10 Packs ARE. Twin's

W is for Wright

WRIGHT
Robinson # SE-3
Jonta
_____
Thomas            SW-3

_____
Joe Blacksod    SW1
M. Wells        SW1
Hinson          SE 1

Micheal Wolls  SW1
286 989 RedFern
581
Hinsons 269387



SW 2    1st

SE 2-    2nd

SE 3-    3rd

2xtra trays for S01.

S02  1st

SW1

0.8.3188
SE    3    1st

SW    2    2nd

SE    1    3rd

DM-00052



DM-00053

1st | 2nd

1. Hatcherson — Leader
2. Smethers
3. Hamilton

1 Christie ) Leader
Jones
Valintine )
Dent

3 Christie Dent Leader

4 Williams Leader
Hernandez
Duckett

5 Fox L
Davis
Jones

6 Ingram Leader
McPherson

DM-00054

H is For
Hilliard    SE 3
cell + Hair Grees

Sht 1 milk

SE 1 milk

NE 1 milk

SE 3 milk

SO 2 Tray

SW 2 Tray

HarNANDEZ
5 packs

1 H-is For Hilliard   SE

2 10 Packs go to Vania.

3 Gray Package go to
Scoop his name is on
it.

4 Everything with a B
on it go to Bryson

5 DeandRe Williams D/W
SE 3

SE 1   Charger Weapon
Battery
1 Pack For KG
Charger

SO 1 Caldwell Tray
2 Candy

NE 1   R Greee
cell

Bam
10 Pack

HarNANDEZ 10 Pack
Cyrus   SW 2

Black Tag 15/0ous

1 Troy Candy    Your Name is on i.

2 Jontg All with J's on them +
5 packs of cigarettes
And Five more packs to come,

3 Twin Candy or who Ever it
go to + 5 packs of cigarett
and 12 more to come,

4 Wright 5 packs of cigaretts
with more to come oil +
six more packs,

5 Ben 2cellophone with B
on it + 5 ppacks and two
Chammore to come

DM-00056

st-3

1 Troy Candy Your Name is on it

2 Jonta All with J's on them +
5 packs of cigarettes
and Five more packs to come,

3 Twin Candy or who ever it
go to + 5 packs of cigarettes
and 12 more to come,

4 Wright 5 packs of cigarettes +
with more to come oil +
six more Packs,

5 Barn 2cellphone with B
on it + 5 packs and two

After I Deliver From the
2 cell Phones down I will out
you $1700.°°

DM-00058

Toy SW 2 Specks

DM-00059



Bmm    all

Twin  10 Packs Gui S

Wash All

Twin  1 Pack

Joe Jones   S.W. 3   Tony

SE 2   Dachil   | Pink Roll Sur
       Dubic    | South  SE 3
       Rob Speicks | Twin

DM-00060

✓ 3 Pack Newport $100

✓ 1 Call Phone $150  You Flushed

2 Call Phones $300

1 Extra Chargsr $150

1 Bottle Barbecu $50
    Sauce

2 Bottls of Tang $100

2 ToothBrushs $50

2 Deooderants $50   Total
                     $900.00

After all of this here occ

Now you told me about Two
weeks ago I could keep
The money Now you are
Trying use it as a means
To push with if you are
True about your word Thats

A good Thing it soond Like
To me your word Ain,t
your Bond, Now I told
you that I had other
people to take care they
Already ~~~~~ put ~~~~~ money
into this Let them get
what they sopose to get
And stop Trying to be
in control of this it is
out your hands, Just Try
To be cool And be A Little
patient and another Thing
Threating me Ain,t good partners
don,t do that that sh,t do
Not shake me..

P.S.
I Fight Pretty
Damc good Crowd
Lous DM-00062



DM-00063



J Robinson
~~Pinball~~                30-10 = 【30】  "25      ~~Spe~~ 2

Boo                40-5-8-6 = 21   "6  NW-2

CHAUNCEY           20-8-6 - - = 【10】  SW-1

T Bone             15-4 = 11   "8 DAND 8   SW-3

Herbert Robinson       + 4 Candy  2   SE-3

KeyRon JeNKiNS         2                NoI
                          64

WiLLiAMS  202-552-9007                No-2
~~13th Place   Congress Park Apt~~

ForMAN G     2-5                  NO 2
              Tast

William

DM-00064

$2000

Boo    11 Paks
Bom    90 Paks

Jok  15 Paks

2

$2700
   30
2000
100
30.00

5    139
5    139

139

XX 70
  300
870

5
5    2000
   8/30
   130

3.00
   830
2170

2000
8/30

1170
830
2000

2170
830
B000

500

DM-00065

1

```
 32              26
 25              30
 35            ─────
 10              5 6
─────            2 0
 102           ─────
                 7 6
```

Soe            Boo        PANAMA
5              5             5

Bam
10        ──  22
               10
               11

WOD

5

```
 30
 35
────            5  CAATOU
 150
```

I O U
20

I owed you
118 pack now I
owe you 98 packs

( Lopez can,t work because found
Jewlry on him can,t wort
Any where !

2 Henderson do not touch
Because Culinary need him .

3 Leo Severino can,t work
Because of R.F !

4 Bascom, hired Separation
Lifted !

DM-00068

## WASHINGTON DC. - DOC

DAMAGES OR DISCREPANCIES MUST BE IDENTIFIED UPON DELIVERY TO YOU. BY SIGNING, YOU ACKNOWLEDGE AND UNDERSTAND THE TERMS OF COMMISSARY ORDERS AND AUTHORIZE THE DEDUCTION OF FUNDS FROM YOUR TRUST FUND ACCOUNT TO PAY FOR COMMISSARY ORDERS. IDS MUST BE VERIFIED. ORDERS MUST BE SIGNED.

NOTE: TEMPORARY ITEMS ARE ON OFFER TILL INVENTORY LASTS

PLEASE REFER TO BACK SIDE FOR CANTEEN INSTRUCTIONS

THERE IS A SPENDING LIMIT OF $50.00

| Code | ITEM DESCRIPTION | Price | Limit |
|------|------------------|-------|-------|
| | **PERSONAL HYGIENE (15 ITEMS ON OFFER)** | | |
| 9001 | IRISH SPRING DEODORANT SOAP 3.2oz | $0.75 | 2 |
| 9004 | DOVE SOAP BAR 3.17oz BARS | $0.75 | 2 |
| 9007 | SUAVE SHAMPOO 15oz | $2.90 | 2 |
| 9009 | TOOTHBRUSH COLGATE ADULT MEDIUM | $0.10 | 2 |
| 9011 | EFFERDENT DENTURE CLEANER 90TABLET | $6.75 | 1 |
| 9012 | NOXZEMA MEDICATED SKIN CREAM 2.5oz | $2.10 | 1 |
| 9013 | COCOCARE 100% COCOA BUTTER STICK | $1.40 | 2 |
| 9017 | MAGIC REG. STRENGTH CREAM SHAVE | $5.85 | 2 |
| 9021 | BERGAMONT 4oz | $2.90 | 2 |
| 9023 | PROLINE NO LYE CREAM RELAXER 4oz | $5.65 | 2 |
| 9025 | CHAPSTICK REGULAR FLAVOR, 0.15oz | $0.75 | 2 |
| 9135 | LANDER ROLL-ON 1.5oz | $2.10 | 1 |
| 9136 | EXCEL DEODORANT 2.25oz | $5.25 | 1 |
| 9137 | COLGATE REGULAR TOOTHPASTE 1.5oz | $1.50 | 2 |
| 9138 | COLGATE TARTAR CONTROL TOOTHPASTE 2.7oz | $1.90 | 2 |

| Code | ITEM DESCRIPTION | Price | Limit |
|------|------------------|-------|-------|
| | **BEVERAGE & SODA (6 ITEMS ON OFFER)** | | |
| 9040 | SUGAR CUBES 1lb | $1.00 | 6 |
| 9042 | BREAKFAST DRINK MIX, ORANGE 18oz | $2.20 | 2 |
| 9046 | COCA-COLA CLASSIC 20oz | $1.05 | 6 |
| 9048 | SPRITE 20oz | $1.05 | 6 |
| 9050 | MOUNTAIN DEW 20oz | $1.05 | 6 |
| 9051 | SUNKIST ORANGE DRINK 20oz | $1.05 | 6 |
| 9131 | SPRING WATER, 20oz | $1.05 | 6 |

| Code | ITEM DESCRIPTION | Price | Limit |
|------|------------------|-------|-------|
| | **SNACKS, PASTRY & SPECIALITY (21 ITEMS ON OFFER)** | | |
| 9052 | POTATO CHIPS PLAIN 1oz | $0.30 | 6 |
| 9053 | POTATO CHIPS BARBECUE 1oz | $0.30 | 6 |
| 9054 | CORN CHIPS, BARBECUE 10oz | $2.00 | 2 |
| 9055 | CORN CHIPS, PLAIN 10oz | $2.00 | 2 |
| 9059 | CHEEZ-IT CRACKERS HOT&SPICY 10oz | $3.75 | 2 |
| 9060 | SALTINE CRACKERS 16oz | $1.60 | 2 |
| 9064 | CHOCOLATE CHIP COOKIES 12oz | $1.45 | 2 |
| 9067 | HONEY BUNS 3.0oz | $0.50 | 5 |

ATTACHMENT O - page 1

| Code | CANDIES (8 ITEMS ON OFFER) | Price | Limit |
|---|---|---|---|
| 9027 | M&M PLAIN 1.69oz | | |
| 9028 | M&M PEANUT 1.79oz | | |
| 9029 | MILKLY WAY BAR 2.15oz | | |
| 9030 | SNICKERS CANDY BAR 2.07oz | | |
| 9031 | 3 MUSKETEERS CANDY BAR 2.13oz | | |
| 9032 | MR.GOODBAR 1.75oz | | |
| 9034 | SOUR BALLS 4.5oz | | |
| 9035 | STARBURST CALIF. FRUIT CHEWS 2.07oz | | |

| Code | | Price | Limit |
|---|---|---|---|
| 9077 | PEANUT BUTTER SMOOTH 18oz | $1.50 | 1 |
| 9078 | STRAWBERRY PRESERVES 12oz | $2.45 | 1 |
| 9081 | HONEY 12oz | $3.10 | 1 |
| 9082 | SQUEEZE CHEESE JALAPENO 16oz | $3.05 | 2 |
| 9084 | GRAPE JELLY 12oz | $2.15 | 1 |
| 9085 | BEEF SALAMI 5oz | $1.50 | 3 |
| 9086 | HOT BEEF SUMMER SAUSAGE 5.0oz | $1.10 | 3 |
| 9087 | MAYONNAISE 11.5G | $2.00 | 2 |
| 9093 | SARDINES IN OIL 3.53oz | $0.90 | 3 |
| 9094 | TUNA FISH 3oz | $0.60 | 3 |
| 9096 | MUSTARD 8oz | $0.75 | 1 |
| 9097 | KETCHUP 14oz | $1.80 | 1 |
| 9101 | FILLET OF MACKEREL 3.53oz | $1.30 | 3 |

| Code | CLOTHING (21 ITEMS ON OFFER) | Price | Limit |
|---|---|---|---|
| 9108 | COTTON TUBE SOCKS WHITE ONLY | $0.80 | 3 |
| 9109 | HANDKERCHIEF SINGLE (Temporary) | $1.35 | 3 |
| 9110 | TERRYCLOTH WASHCLOTHS 12"X12" | $0.60 | 3 |
| 9111 | MEN'S UNDERPANTS BOXER L WHITE | $3.30 | 1 |
| 9112 | MEN'S UNDERPANTS BOXER XL WHITE | $3.20 | 1 |
| 9113 | MEN'S UNDERPANTS BOXER XXL WHITE | $3.20 | 1 |
| 9114 | MEN'S UNDERSHIRTS XXL WHITE | $4.40 | 1 |
| 9115 | WOMEN'S UNDERPANTS M WHITE | $1.95 | 1 |
| 9116 | WOMEN'S UNDERPANTS L WHITE | $1.95 | 1 |
| 9117 | WOMEN'S UNDERPANTS XL WHITE | $2.25 | 1 |
| 9118 | WOMEN'S UNDERPANTS XXL WHITE | $2.25 | 1 |
| 9119 | SHOWER SHOES, CROSS STRAP, MED. | $1.40 | 1 |
| 9120 | SHOWER SHOES, CROSS STRAP, L | $1.35 | 1 |
| 9121 | SHOWER SHOES, CROSS STRAP, XL | $1.35 | 1 |
| 9124 | TAMPAX TAMPONS, REGULAR (Temporary) | $0.85 | 3 |
| 9125 | TAMPAX TAMPONS, SUPER (Temporary) | $0.85 | 3 |
| 9126 | TAMPAX TAMPONS, SUPER PLUS (Temporary) | $0.85 | 3 |
| 9127 | Kotex Maxi Pads with Wings, Medium Protection (Temporary) | $0.30 | 1 |
| 9128 | MEN'S UNDERPANTS BOXER 4XL WHITE | $4.20 | 1 |

| Code | MISCELLANEOUS (6 ITEMS ON OFFER) | Price | Limit |
|---|---|---|---|
| 9102 | WRITING TABLET WHITE LINED 8.5"x11" | $0.95 | 2 |
| 9103 | ENVELOPES, GUM SEALING STD. MAILING #10 (Temporary) | $0.05 | 1 |
| 9104 | ROUND STICK PEN BLACK, MEDIUM | $0.20 | 1 |
| 9105 | PLASTIC SOAP DISH PLASTIC 5oz SIZE | $0.05 | 1 |
| 9106 | 2 PIECE TOOTHBRUSH HOLDER | $0.25 | 1 |

ATTACHMENT O - page 2

| 9129 | MEN'S UNDERSHIRTS 4XL WHITE | $4.20 | 1 | | | |
| 9130 | MEN'S UNDERSHIRTS 6XL WHITE | $4.40 | 1 | | | |
| | | | | 9134 | POSTAGE STAMP 1st CLASS | $0.37 | 20 |
| | | | | Revised 11/13/05 | | |