UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Cr. # 07-247-01 (RBW) |
| | ) | |
| DANA MARSHALL | ) | |
| _____ | ) | |

## DEFENDANT'S MEMORANDUM IN AID OF SENTENCING

Defendant Dana Marshall, through counsel, Elise Haldane, respectfully submits the following memorandum for the Court's consideration in sentencing of this case.

## BACKGROUND

On November 9, 2007, Dana Marshall entered a plea of guilty to one count of conspiracy to bribe a public official (himself), 18 U.S.C. §§ 201, 371. During the plea colloquy, he admitted that he had brought contraband into the DC Jail while he was employed as a correctional officer. He has denied that he personally brought drugs or guns into the Jail. Nonetheless, as a documented by the papers attached to the government's Memorandum in Aid of Sentencing, he was aware that Sheri Adams and others were bringing drugs, described as candy, into the DC Jail during the course of the conspiracy.

1

Although the parties disagree about the issue of drugs, the defendant candidly admitted that he committed overt acts consistent with the conspiracy charge, including bringing money and cigarettes into the jail.

**DEFENDANT'S BACKGROUND**

Both the presentence report and the psychological evaluation prepared in this case have provided substantial information regarding Mr. Marshall's upbringing and biographical information. The defense notes a few supplemental points regarding his employment and marital history.

Dana Marshall began to work at the DC Department of Corrections in February of 1984. He was initially assigned to the Occoquan Facility, where he eventually became a gym and recreational field officer. In December of 1988, he received a letter of commendation, which noted that

> He has performed his many duties in an excellent manner.
>
> Private Marshall has impressed the recreational staff with his ability to understand his duties and carry them out in an efficient, productive manner. By his sincere cooperative attitude and willingness to accept responsibilities, Pvt. Marshall has contributed greatly to our varied recreational programs and activities. His friendly but business-like attitude, and flexibility in adjusting to changing situations have enabled him to perform his assignment in an excellent manner.
>
> Pvt. Marshall has always displayed punctuality and initiative in accomplishing his task, and, without exception, was always reliable and trustworthy.

*Letter of Commendation* dated 5 December, 1988 ( see <u>APPENDIX</u>).

In June of 1995, Mr. Marshall applied to the Chesterfield, Virginia County Sheriff's Department. Major Robert Fulton wrote a letter of recommendation which stated, *inter alia*

> He is a very reliable and dependable employee that has a lot of pride in his work and the manner in which he discharges his duties and responsibilities.
>
> Corporal Marshall is viewed as one of our employees with a great deal of promotional potential and an asset to this Department.
>
> It is my considered opinion as his supervisor, with the kind of character pride, and initiative displayed by Corporal Marshall, that he would be a value to any organization in which he belongs.

*Letter of Recommendation for Employment* dated June 15, 1995 (see <u>APPENDIX</u>).

Following his departure from Occoquan, Mr. Marshall worked at Lorton (Central Facility) for a year, and then at the DC Detention Facility (Jail) for the balance of his employment. At the time of his retirement, which occurred one day prior to his arrest in this case, he worked as a culinary officer. While working at the Jail, he found contraband drugs and turned them in to the command center, as was the case on April 15, 2007 at 5 p.m. (See Government's Memorandum in Aid of Sentencing, page 3).

In late 2006 and during 2007, Mr. Marshall became involved in the conspiracy to smuggle contraband into the DC Jail. He does not seek to justify his

3

behavior. He knew that it was wrong, and still has difficulty comprehending how a man like himself, who has striven during his entire life to be a good, hard-working and honorable person, could have disgraced and humiliated himself, and embarrassed his family, with such illegal behavior.

As is noted in the presentence report and psychological evaluation, Mr. Marshall struggled with the serious illness and death of his older brother and father figure, Vincent, as well as marital problems, during this period of time. At the time of his arrest, he was staying with his wife in an attempt to reconcile. His arrest and the search of his wife's residence in August of 2007 effectively ended the marriage.

Currently, Mr. Marshall is maintaining employment in the construction and home improvement business, living with his sister, and making arrangements to end his marriage of 28 years. He remains chagrined and remorseful about the his actions, which have resulted in a felony conviction and public disgrace. He is fortunate to have the support of his family, pastor and friends who have united to support him (See APPENDIX), and who have appeared with him in court on every occasion.

**SENTENCING CONSIDERATIONS**

The defense submits that consideration of the factors set forth in 18 U.S.C. § 3553(a), as well as the Supreme Court's opinion Kimbrough v. United States, ___

4

U.S. ___ (#06-6330, December 10, 2007) allow the Court to depart from the advisory guidelines, and to sentence Mr. Marshall to a term of supervised release[1] in this case.

In considering the "nature and circumstances of the offense and the history and characteristics of the defendant," 18 U.S.C. § 3553(a)(1), the defense urges the Court to balance Mr. Marshall's unblemished prior history, which includes honorable military service to his country, against the charges to which he has pled guilty in this case.  Moreover, consideration of the history and characteristics of Mr. Marshall necessarily include his personal circumstances, which clearly led him to a state of depression in which his normally fine judgment was seriously impaired.

The defense further submits that a sentence of supervised release, coupled with a term of community service, would adequately "reflect the seriousness of the offense. . . promote respect for the law . . . and provide just punishment for the offense.  As the Court stated at the time of the plea, the seriousness of the offense is clear.  However, Mr. Marshall has entered a guilty plea to a felony, which will serve to limit severely his employment opportunities and curtail the civil rights to which a citizen is ordinarily entitled. His public disgrace has provided a fair measure of punishment in this instance, and a term of community service would

---

[1] Mr. Marshall actually spent over six hours of incarceration on the date of his arrest, and is therefore eligible for supervised release without imposition of any further jail time.

5

suffice to provide punishment consistent with his actions and to deter criminal conduct. The defense further avers that Dana Marshall is highly unlikely to re-offend, and is not in need of educational, vocational, medical care or other correctional treatment at the expense of the United States.

The sentences available to the Court range from imprisonment to a term of supervised release. For the reasons stated in this memorandum, the presentence report, the psychological evaluation and the Appendix to this sentencing memorandum, the defense respectfully requests that the Court impose a term of supervised release and the minimum fine necessary to achieve the ends of justice in this case.

Respectfully submitted,

_____/s/_____
Elise Haldane #242826
303 E Street, NE
Washington, DC 20001
(202) 659-8700

# APPENDIX

## United States v. Dana Marshall
## 07-247-01

| | |
|---|---|
| Letter of Commendation dated 5 December 1988 | 1 |
| Letter of Recommendation for Employment dated 6/15/95 | 2 |
| Certificate of Training dated 12/30/98 | 3 |
| ServSafe Certification dated 3/17/04 | 4 |
| Certificate of Recognition dated 4/30/2004 | 5 |
| Certificate of Employment dated 1/1/2005 | 6 |
| Letter from Cheryl Dews | 7 |
| Letter from Dana M. And Regina L. Marshall | 8 |
| Letter from Mrs. Brocla Marshall | 9 |
| Letter from Dana Marshall | 10 |
| Letter from Amy McKelvin | 11 |
| Letter from Pastor Eddie A. Sloan | 12 |



Government of the District of Columbia
DEPARTMENT OF CORRECTIONS
Occoquan Facilities I & II
Box 85
Lorton, Virginia 22079

5 DECEMBER 1988

MEMORANDUM FOR THE RECORD

SUBJECT: Letter of Commendation

RE: Dana E. Marshall
Correctional Officer First Class
DS-7

Pvt. Dana Marshall has been assigned as Gym and/or Recreation Field Officer for Occoquan Zones 1 & 2 recreation periods on numerous dates from 1 January 1988 to the present. He has performed his many duties in an excellent manner.

Pvt. Marshall has impressed the recreation staff with his ability to quickly understand his duties and carry them out in an efficient, professional manner. By his sincere cooperative attitude and willingness to accept responsibilities, Pvt. Marshall has contributed greatly to our varied recreational programs and activities. His friendly but business-like attitude, and flexibility in adjusting to changing situations have enabled him to perform his assignment in an excellent manner.

Pvt. Marshall has always displayed punctuality and initiative in accomplishing his task and, without exception, was always reliable and trustworthy.

FOR: *[signature]*  
M. T. Jones  
Recreation Specialist  
Zone #1

*[signature]* W. E. Diefenbach  
W. E. Diefenbach  
Recreation Specialist  
Zone #2

cc: #3 Shift Supervisor
    Recreation Office File

IDPS-159



Government of the District of Columbia
**DEPARTMENT OF CORRECTIONS**
OCCOQUAN FACILITY
BOX 85
Lorton, Virginia 22199

June 15, 1995

MEMORANDUM

TO          :   Human Resources Management
                Chesterfield County Sheriff Department
                P.O. Box 40
                Chesterfield, Va.      23832

FROM        :   Major Robert Fulton
                D.C. Department of Corrections
                P.O. Box 85
                Lorton, Va.      22199

SUBJECT:        Letter of Recommendation for Employment

RE          :   Corporal Dana Marshall
                Senior Correctional Officer
                Number Three Shift


Corporal Dana Marshall entered the D.C. Department of Corrections on February 16, 1984. He is presently employed as a Senior Correctional Specialist at the Occoquan Facility. He is a very reliable and dependable employee that has a lot of pride in his work and the manner in which he discharges his duties and responsibilities.

Corporal Marshall is viewed as one of our employees with a great deal of promotional potential and an asset to this Department.

It is my considered opinion as his supervisor, with the kind of character pride, and initiative displayed by Corporal Marshall, that he would be a value to any organization in which he belongs.

For verification I can be contacted on (703) 634-6526.

-2-

IDPS-671



D.C. DEPARTMENT OF CORRECTIONS TRAINING ACADEMY

This CERTIFICATE OF TRAINING IS PRESENTED TO

*DANA E. MARSHALL*

FOR THE SUCCESSFUL COMPLETION OF

FIRE SAFETY & PREVENTION    HANDLING VIOLENT OFFENDERS
SEXUAL HARASSMENT    SEXUAL MISCONDUCT AGAINST INMATES

December 30, 1998
DATE

Jeanette Davis-Boykins
Acting Training Administrator

-3-



# ServSafe® Certification

TO
**DANA MARSHALL**

for successfully completing the standards set forth by the National Restaurant Association Educational Foundation for the ServSafe® Food Protection Manager Certification Examination, which is accredited by the American National Standards Institute (ANSI)–Conference for Food Protection (CFP).

*Presented by the National Restaurant Association Educational Foundation*

3/17/2004
DATE OF EXAMINATION

3/17/2009
DATE OF EXPIRATION
Local laws apply. Check with your local regulatory agency for recertification requirements.

Mary M. Adolf
President and Chief Operating Officer
National Restaurant Association Educational Foundation

EXAMINATION FORM NO : 3010
CERTIFICATION NO : 3789026

National Restaurant Association
EDUCATIONAL FOUNDATION
www.nraef.org

-4-

# CERTIFICATE OF RECOGNITION

This Certificate Is Presented to

## DANA MARSHALL

In sincere appreciation for your 20 years of dedicated public service contributing to the success and efficient operations of the District of Columbia Department of Corrections.



Odie Washington
Director

April 30, 2004



# Government of the District of Columbia

*Serving the Nation's Capital*

This certifies that

**Dana E. Marshall**

has successfully completed 21 years of service as an employee of the Government of the District of Columbia as of December 31, 2004, and is entitled to all of the rights, privileges, and endorsements conveyed with this distinction.

Given this 1st day of January 2005 by

*Anthony A. Williams, Mayor*

Cheryl C. Dews
3030 30th st se # 215
Washington DC 20020

Your Honor,

    I am writing this letter on behalf of Dana E. Marshall. I have known Dana for 3 years and he is the type of person who is very caring and respectful. I have never known Dana to do anything illegal or remotely doing close to wrong, there have been times where I have even told Dana to stop being so nice to people. I hope this letter helps you to establish the type of person Dana really is and the man sitting before you is a stand up type of man.

                                  Thank You

                                  *Cheryl Dews*

18070 Olde Port Lane
Triangle, Va  22172

09/18/2007

Your honor,

From the very beginning our father has always been proud of his daughters, Dana Michele Marshall and Regina Lucretia Marshall.  He taught us to walk, ride our bicycles and drive.  We remember being very young and going to the clinic to obtain our shots.  Daddy (Dana E. Marshall) was the only one who could calm us down before, during and after the shots.  We always saw our father as our guiding light. He would go through fire to protect his family.  He is the (Rock) that holds our family together.  Sometimes, he would take us to Washington, DC to see family and it never failed, there was always someone who would walk up to my father, shake his hand and tell us, "what a great man," our father is.  If there's some poor homeless person, our father would buy them food or give them a couple of dollars from his own pocket.  Our father is a wonderful man and he never meant to do or bring anyone harm.

Our father gave twenty-three years of his life to, (DC Department of Corrections).  He dealt with some of the most hateful, and corrupted people.  All to support his family so that we could have a better future, he always told us to never work for a correctional facility, because he wanted better for his family.  Watching our father for years now, we have realized that working in a place like that, sometimes you can't help but to become like the people you work with, (co-workers) , and /or the one's you work for (inmates).  Sometimes being in a place like that, for years and years, your mind finds other ways to adapt.  Sometimes, you have to think as they do, so you will not go crazy.  Sometimes, we asked our father, why he didn't leave and work somewhere else? His reply, "Where would I go? What would I do?  No other job would pay me what I make there."  As teenagers, we didn't quite understand but, as adults, we understand completely.  When, you don't have a college degree and the only other real experience you have is serving your country, and working for a Correctional Facility for the past ten years, it can change your sense of direction.

My father would always give a person a chance even if they've done him harm, he would say" People make mistakes, but they can change just give them a chance."  If my father's punishment is imprisonment, you're not just punishing him you're punishing his family.  My father has devoted his life to DC Corrections; please have mercy on his behalf.

Sincerely,

*Dana M. Marshall*
*Regina L. Marshall*
Dana M. and Regina L. Marshall

- 8 -

18070 Olde Port Lane
Triangle, Virginia 22172

September 18, 2007

Your honor,

I came from a family of turmoil and abuse. The only person who was there for me, through my years of growing up was my father. As a young woman, I met a nice gentleman, who always had a kind and friendly smile on his face, not to mention the kind words to match. This gentleman was, Dana E. Marshall my "Knight and Shining Armor."

In 1979, he rescued me from my abusive family by asking for my hand in marriage and taking me to North Carolina, while he risked his life and served for the military. Dana always had a great appreciation for his wife. My husband jumped out of planes just to put a little extra money in the household. In 1981 and 1983 we were blessed with two beautiful daughters and Dana couldn't be happier. He was always there helping me to make a good life for our daughters.

In 1985, we both started working for the DC Dept. of Corrections. Fortunately for me, Dana gave me a way out. I resigned and he worked over time to make up the difference my pay check made to continue to feed and support his family, until I found suitable employment. Dana was a hard and dedicated worker. He enjoyed helping people from all walks of life. He gave and received so much respect from supervisors, co-workers, inmates and other employees. Dana deserves a second chance to prove how wonderful and a great citizen he is and can be.

Please, please have mercy on him!

Sincerely,

*Brocla Marshall*

Mrs. Brocla Marshall

-9-

09/18/2007

18070 Olde Port Lane
Triangle, Va 22172

Your Honor,

Throughout most of my career at the D.C. Department of Corrections I was a proud and loyal correctional officer. I worked well with other officers and I operated every post to the best of my ability. My whole objective was to get the job done and for over twenty-three years, I did just that. I was put in charge of housing units and the gymnasium; I even coached the football team at the Occoquan facility. While working at the Occoquan and D.C. facility I was one of the few officers who worked diligently to pass the ACAC (Association Commission on Accreditation for Corrections). I also worked many difficult hours and days of overtime in order to have culinary meet ACAC inspection requirements.

Your Honor, till this day, I do not understand what happened to me. I was raised with ethics and morals, to always stay away from trouble and for most of my life I did that. I remember being a teenager and growing up with car thieves and robbers, I never followed their footsteps. The day I became a man, I married my wife who I've been married to for over twenty-eight years. For five years, I served my country in the United States Army, 82nd Airborne Infantry Division at Fort Bragg, North Carolina. After serving my country, I began work at the D.C. Department of Corrections with an annual wage of $16,500.00. I took the job because I had to support my family and with the extra eight hours of overtime I was working, I was able to do that.

After working in this environment for close to a year, I saw the dirt and filth that this place possessed but, I had to support my family and I did this for a long time. Close to the summer of, 2007; my brother was dying of cancer (God rest his Soul) and my marriage was in trouble, I lost focus. I feel as if I let my family and friends down. It's ironic, I would shake my head at fellow officers who fell into trouble, and I remember praying, for this to never happen to me. But, then the lies, set-ups and traps are forced upon you and you feel hurt, betrayed and exhausted. The simple truth is I did commit a crime. Your Honor; although I have committed a crime, I would ask the court for the opportunity to prove that I do not have a criminal nature.

Sincerely,

Dana E. Marshall

-20-

26 September 2007

Your Honor:

I am writing on behalf of my brother, Dana Marshall. I am proud to be his sister; he is a loving and wonderful brother. In addition, he is a great uncle to his nieces and a good family man.

In 2004, our older brother was diagnosed with colon cancer. Needless to say, our older brother's failing health took a toll on the family. But, it was particularly difficult for our younger brother Dana. "Brother, I am going to be there for you- take you to your appointments and make sure you go to chemotherapy..." Dana did just that until our brother passed away in June of 2007.

Your Honor, please know that my brother Dana has a good heart. Regardless of what is going on., his heart has always been good and continues to be in the right place.

*[signature: Tammy McKelvin]*

-11-

11/2/2007

Pastor, Eddie A. Sloan
11517 Bennington Drive
Upper Marlboro Md, 20774

To whom it may concern,

I have known Mr. Dana Marshall for some time now, I am his spiritual advisor in the faith, I have counseled him and prayed with him. I have found him to be a kind and generous person. I have found him to also be a caring person one who will try to help you in any way that he can. I have found him to be a person who excepts his responsibilities and one who is able to accept the outcome of decisions that he has made.

In his life he has been a mentor to many young men and has tried to help them become productive people in their communities. I have found him to be more than the measure of his mistake and I have found him to be kind. He is a great conversationalist and I have found him to be an exceptional father.

I believe that there is noone who is perfect upon the earth but I believe that we are preparing for the perfection that will come when we meet our Lord and savior Jesus Christ. If a man can say that he is sorry then he is worthy of a second chance and I believe that everyone deserves that and more. I have found that kind of spirit in this man Mr. Dana Marshall.

Sincerely,

Pastor, Eddie A. Sloan

-12-